AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Western District of Texas

| | |
|---|---|
| ANGELICA RANGEL, ON BEHALF OF HERSELF AND ALL OTHER SIMILARLY SITUATED, | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. **5:24-cv-261-FB** ) |
| SA TELECELL, INC. AND CHIN YONG OM, INDIVIDUALLY, | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Defendant SA Telecell, Inc.  can be served through its registered agent, Chin Yong Om at 2216 Royal Lane, Suite 100, Dallas Texas 75229.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Josef F. Buenker
The Buenker Law Firm
P.O. Box 10099
Houston, Texas 77206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   PHILIP J. DEVLIN

Date:  03/13/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

**See Attached**

_____
*Server's address*

Additional information regarding attempted service, etc:


| Print | Save As... | | Reset |

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 5:24-CV-261-FB

Plaintiff:
**ANGELICA RANGEL, ON BEHALF OF HERSELF AND ALL OTHER SIMILARLY SITUATED**

vs.

Defendant:
**SA TELECELL, INC. AND CHIN YONG OM, INDIVIDUALLY**

Received by Saddi A Frazier on the 21st day of March, 2024 at 8:22 am to be served on **SA Telecell, Inc. by delivering to Registered Agent, Chin Yong Om, 3850 S. New Braunfels Ave., Ste 107, San Antonio, Bexar County, TX 78223**.

I, Saddi A Frazier, being duly sworn, depose and say that on the **27th day of March, 2024** at **12:00 pm, I:**

**DELIVERED** a true copy of the **Summons in a Civil Action, Plaintiff's Original Complaint, Notice of Consent, and Standing Order in Civil Cases Assigned to Judge Fred Biery to SA Telecell, Inc.** with the date of service endorsed thereon by me, by handing to **Chin Yong Om** as **Registered Agent** for **SA Telecell, Inc.**, in person, at the address of: **3850 S. New Braunfels Ave., Ste 107, San Antonio, Bexar County, TX 78223**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: Asian, Height: 5'6", Weight: 170, Hair: Bald, Glasses: N

I am a private process server authorized by the Texas Judicial Branch Certification Commission. I am over the age of eighteen (18) and not a party to nor interested in the outcome of the suit referenced above. I have personal knowledge of each of the matters stated herein and the statements made in this Affidavit are true and correct.

State of _Texas_, County of _Boxar_

Subscribed and Sworn to before me on the _28th_ day of _March_ _2024_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

ANTHONY DEUCE LOPEZ
Notary Public, State of Texas
Comm. Expires 10-02-2024
Notary ID 132708658

**Saddi A Frazier**
PSC 12568 Ex. 3/31/2026

**Lexitas**
**13101 Northwest Freeway**
**Suite 330**
**Houston, TX 77040**
**(713) 375-0121**

Our Job Serial Number: WDL-2024000516
Ref: 21291176

Copyright © 1992-2024 Database Services, Inc. - Process Server's Toolbox V8.2i