UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANGELICA RANGEL, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF<br><br>v.<br><br>SA TELECELL, INC. AND CHIN YONG OM, INDIVIDUALLY,<br><br>DEFENDANTS | § § § § § § § § § § § § § § | CA NO. 5:24-cv-261-FB |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Angelica Rangel ("Plaintiff") files this Notice of Dismissal with Prejudice regarding Plaintiff's claims against Defendant ("Defendants") pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(l)(A)(i).

As Defendant has not yet filed an Answer or a Motion for Summary Judgment, this Notice of Dismissal with Prejudice is timely.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Angelica Rangel hereby gives her Notice of Dismissal with Prejudice and without the requirement of a Court Order.

                Respectfully submitted,

                /s/ Douglas B. Welmaker
                Douglas B. Welmaker
                Attorney-in-Charge
                State Bar No. 00788641
                WELMAKER LAW PLLC
                409 N. Fredonia Suite 118
                Longview, Texas 75601
                Phone: (512) 799-2048
                Email: doug@welmakerlaw.com

                **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Dismissal With Prejudice has been electronically served through the CM/ECF system on May 20, 2024.

                /s/ Douglas B. Welmaker
                Douglas B. Welmaker